

**FILED**

9:06 am, 6/23/25

**U.S. Magistrate Judge**

Kerry J. Jacobson
Wyoming State Bar No. 6-2966
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
Kerry.jacobson@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE BRADLEY ISAACSON,<br><br>　　　　　Defendant. | Case No. 25-mj-49 |

### MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.　Eligibility of Case. This case is eligible for a detention order because the case involves the following:

　　**Serious risk Defendant will flee**

2.　Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

　　**Defendant's appearance as required**
　　**Safety of the Defendant and the community**

3.　Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**Three days after the initial appearance**

DATED this 23rd day of June, 2025.

                STEPHANIE SPRECHER
                Acting United States Attorney

By: _____
                Kerry J. Jacobson
                Assistant United States Attorney